**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Jesus Hernandez
2013 Falmouth Ct.
Streamwood, IL 60107
SSN: xxx−xx−8735 EIN: N.A.

Case No. : 23−07042
Chapter : 13
Judge : Timothy A. Barnes

---

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847−673−8600

Trustee:
Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St.
Suite 3850
Chicago, IL 60603

312−294−5900

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

July 7, 2023 , 10:00 AM
Appear by Video Conference. Visit, www.13network.com, Scroll to Illinois − Thomas H. Hooper

For the Court,

Dated: June 21, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court