**Form ren341**

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Jesus Hernandez
2013 Falmouth Ct.
Streamwood, IL 60107
SSN: xxx−xx−8735  EIN: N.A.

Case No. : 23−07042
Chapter : 13
Judge : Timothy A. Barnes

---

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847−673−8600

Trustee:
Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St.
Suite 3850
Chicago, IL 60603

312−294−5900

## RENOTICE 341 MEETING

Please take notice that the 341 meeting date has been reset for:

July 7, 2023 , 10:00 AM
Appear by Video Conference. Visit, www.13network.com, Scroll to Illinois − Thomas H. Hooper

For the Court,

Dated: June 21, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 23-07042-TAB |
| Jesus Hernandez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 21, 2023 | Form ID: ren341 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jesus Hernandez, 2013 Falmouth Ct., Streamwood, IL 60107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 30259693 | + | Email/Text: backoffice@affirm.com | Jun 21 2023 23:35:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 30259694 | | Email/Text: BNBSB@capitalsvcs.com | Jun 21 2023 23:34:00 | Bryant State Bank, Attn: Bankruptcy, Po Box 215, Bryant, SD 57221 |
| 30259695 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2023 23:45:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 30259696 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2023 23:31:05 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 30259697 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2023 23:44:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 30259698 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 21 2023 23:35:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 30259699 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 21 2023 23:44:56 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 30259700 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 21 2023 23:35:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 30259701 | + | Email/Text: lawfirmTX@rsieh.com | Jun 21 2023 23:34:00 | Galaxy International Purchasing, c/o Rausch Sturm LLP, 250 N Sunnyside Slope Rd Ste 300, Brookfield, WI 53005-4824 |
| 30259702 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 21 2023 23:36:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 30259703 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2023 23:33:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 30259704 | ^ | MEBN | Jun 21 2023 23:27:41 | Lending USA, 15303 Ventura Blvd, Ste 850, Sherman Oaks, CA 91403-6630 |
| 30259705 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 21 2023 23:34:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 30259706 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2023 23:35:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 30259707 | | Email/Text: bankruptcy@oportun.com | Jun 21 2023 23:33:00 | Oportun, 2 Circle Star Way, San Carlos, CA 94070 |

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 21, 2023 | Form ID: ren341 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 30259708 | ^ MEBN | | Jun 21 2023 23:27:19 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 30259709 | + Email/PDF: gecsedi@recoverycorp.com | | Jun 21 2023 23:32:36 | Syncb/Walgreens, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30259710 | + Email/PDF: gecsedi@recoverycorp.com | | Jun 21 2023 23:32:36 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30259711 | + Email/PDF: gecsedi@recoverycorp.com | | Jun 21 2023 23:56:07 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30259712 | + Email/PDF: gecsedi@recoverycorp.com | | Jun 21 2023 23:32:44 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 30259713 | + Email/Text: bankruptcydepartment@tsico.com | | Jun 21 2023 23:35:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 30261565 | Email/PDF: OGCRegionVBankruptcy@hud.gov | | Jun 21 2023 23:44:56 | U.S. Department of Housing and Urban Development, 77 West Jackson Boulevard, Chicago, IL 60604 |
| 30259714 | + Email/Text: LCI@upstart.com | | Jun 21 2023 23:34:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 30264008 | ^ MEBN | | Jun 21 2023 23:27:52 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 30259715 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Jun 21 2023 23:33:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David H Cutler | on behalf of Debtor 1 Jesus Hernandez cutlerfilings@gmail.com r48280@notify.bestcase.com |
| Nisha B Parikh | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ILBankruptcy@dallegal.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 21, 2023 | Form ID: ren341 | Total Noticed: 26 |

Thomas H. Hooper     thomas.h.hooper@chicagoch13.com

TOTAL: 4