UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>JESUS HERNANDEZ,<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 23-07042<br><br>Chapter: 13<br>Honorable Timothy Barnes |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS cause coming on to be heard on the motion of Flagship Credit Acceptance to modify the restraining provisions of § 362 of the Bankruptcy Code, and due notice having been given, and the Court being otherwise advised in the premises, it is hereby ordered:

1. The automatic stay is modified so as not to restrain Flagship Credit Acceptance from pursuing in rem nonbankruptcy remedies with respect to the 2017 FORD EXPLORER; VIN# 1FM5K7BH2HGD36971.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 30, 2025

**Prepared by:**

Richard B. Aronow 3123969
Michael N. Burke 6291435
Amy A. Aronson 6206512
LOGS Legal Group LLP
2801 Lakeside Drive, Suite 207
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
25-104123